## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Barbara Turney,

       Plaintiff,         Civil 10-1433 (RHK/JJK)

vs.         **DISQUALIFICATION AND ORDER FOR REASSIGNMENT**

Wyeth LLC,

       Defendant.

       The above-entitled matter has been assigned to the undersigned, a Judge of the above Court. Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter. Accordingly,

       **IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated December 1, 2008, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment.

       **IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.

Dated: April 15, 2010

       s/Richard H. Kyle
       RICHARD H. KYLE
       United States District Judge